**Appendix 1**

**Bilingual Edict**

"Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (United States District Court for the District of Puerto Rico); Re: Avanti Human Capital, LLC; Pavic Management LLC; Vicky Vega vs. Xpand Staffing, LLC; 17 Management XS Group, LLC - CIVIL 26-cv-1132; EDICTO DE EMPLAZAMIENTO (NOTICE OF SUMMONS BY PUBLICATION)

A (To): XPAND STAFFING, LLC y 17 MANAGEMENT XS GROUP, LLC, 8870 W. OAKLAND PARK BLVD., SUITE 104, SUNRISE, FL 33351

POR LA PRESENTE SE LES EMPLAZA y se les requiere comparecer y contestar la Demanda radicada en su contra en el caso arriba identificado, presentada por AVANTI HUMAN CAPITAL, LLC, PAVIC MANAGEMENT LLC y VICKY VEGA, dentro de un término de VEINTIÚN (21) DÍAS contados a partir de la FECHA POSTERIOR entre: (a) la fecha de publicación de este edicto o (b) la fecha de envío por correo certificado, con acuse de recibo o servicio de correo con constancia de recibo, de copia del emplazamiento y la Demanda a su última dirección física y postal conocida, según dispuesto por Orden del Tribunal. De no comparecer y contestar dentro de dicho término, se dictará SENTENCIA EN REBELDÍA en su contra, concediendo el remedio solicitado en la Demanda, que incluye, entre otros, reclamaciones por interferencia torticera con relaciones contractuales y de negocio, difamación (libelo y calumnia), acoso e imposición intencional de sufrimiento emocional, enriquecimiento injusto/incumplimiento de contrato implícito, y remedios declaratorios y de interdicto, así como daños compensatorios, punitivos, costas y honorarios de abogado. (YOU ARE HEREBY SUMMONED and required to appear and serve upon counsel for Plaintiffs AVANTI HUMAN CAPITAL, LLC, PAVIC MANAGEMENT LLC, and VICKY VEGA a written answer to the Complaint filed against you in the above-captioned case within TWENTY-ONE (21) DAYS from the LATER of: (a) the date of publication of this notice or (b) the date on which copies of the summons and Complaint are sent to your last known physical and mailing address by certified mail with return receipt requested, or other mail service providing acknowledgment of receipt, as ordered by the Court. If you fail to appear and answer within that time, DEFAULT JUDGMENT will be entered against you for the relief demanded in the Complaint, which includes, among other things, claims for tortious interference with contractual and prospective business relations, defamation (libel and slander), harassment and intentional infliction of emotional distress, unjust enrichment/breach of implied contract, and declaratory and injunctive relief, as well as compensatory, punitive, and other damages, costs, and attorneys' fees.)

Dirección de los abogados de los demandantes (Address for Plaintiffs' counsel): Eric Quetglas-Jordán, Esq., QUETGLAS LAW L.L.C., P.O. Box 9021633, San Juan, PR 00902.

Este edicto se publica en cumplimiento de la Orden del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, dictada el ___ de __________ de 2026, en el caso civil 26-cv-1132. (This edict is being issued pursuant to the Order of the United States District Court for the District of Puerto Rico, issued on __________ ___, 2026, in civil case 26-cv-1132.)"