**Appendix 2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

AVANTI HUMAN CAPITAL, LLC, PAVIC MANAGEMENT LLC and VICKY VEGA,

Plaintiffs

v.

XPAND STAFFING, LLC and 17 MANAGEMENT XS GROUP, LLC,

Defendants

CIVIL NO. 26-cv-1132 (PAD)

PLAINTIFFS DEMAND TRIAL BY JURY

**[PROPOSED] ORDER AUTHORIZING SERVICE OF PROCESS BY PUBLICATION PURSUANT TO FED. R. CIV. P. 4 AND P.R. RULE 4.6**

Upon consideration of Plaintiffs' Motion for Order Authorizing Service of Process by Publication Pursuant to Fed. R. Civ. P. 4 and P.R. Rule 4.6 (the "Motion"), the supporting Declaration of Eric Quetglas-Jordán, the Verified Returns of Non-Service, and the record in this case, the Court finds that:

1) Defendants Xpand Staffing, LLC and 17 Management XS Group, LLC are located outside Puerto Rico and list their principal place of business and resident agent's office at 8870 W. Oakland Park Blvd., Suite 104, Sunrise, Florida 33351;

2) Plaintiffs have exercised due diligence and made multiple documented attempts to personally serve Defendants at that address through a licensed Florida process server, who, after "due search, careful inquiry and diligent attempts," was unable to effect service because the office was maintained locked and no one would accept process or facilitate access;

3) Plaintiffs have also attempted to obtain Defendants' cooperation through counsel pursuant to Fed. R. Civ. P. 4(d), by providing the filed Complaint, issued summonses, Notice of Lawsuit and Request for Waiver of Service, waiver forms, and the Verified Returns of Non-Service to Attorney Christian Savio, Esq., who has previously communicated on Defendants' behalf regarding the underlying dispute, but Defendants have refused to execute or return the waiver forms or otherwise accept service;

4) Under these circumstances, Defendants "could not be located after the pertinent proceedings have been carried out," and are effectively "in hiding so as not to be summoned," within the meaning of Puerto Rico Rule of Civil Procedure 4.6(a); and

5) The Complaint asserts claims for tortious interference, defamation, harassment, unjust enrichment, and declaratory and injunctive relief against Xpand Staffing, LLC and 17 Management XS Group, LLC, and these Defendants are proper parties to this action; and

6) Service by publication/edict, with mailing to Defendants' last known physical and postal address, is warranted and appropriate under Puerto Rico Rule of Civil Procedure 4.6, as incorporated by Fed. R. Civ. P. 4(e)(1) and 4(h)(1)(A).

Accordingly, it is ORDERED that:

1. Plaintiffs are AUTHORIZED to serve Defendants Xpand Staffing, LLC and 17 Management XS Group, LLC by edict/notice of summons, to be published once in a newspaper of general circulation in Puerto Rico (such as "El Nuevo Día" or "Primera Hora"), in both English and Spanish, substantially complying with the content requirements of Puerto Rico Rule of Civil Procedure 4.6(b).

2. Within ten (10) days after such publication, Plaintiffs shall mail, by certified mail with return receipt requested, or by another mail service providing acknowledgment of receipt, copies of the summons and Complaint to Defendants at their last known physical and postal address:

   Xpand Staffing, LLC
   17 Management XS Group, LLC
   8870 W. Oakland Park Blvd., Suite 104
   Sunrise, FL 33351

3. As an additional notice measure, Plaintiffs are AUTHORIZED to email copies of the summons, Complaint, and this Order to Attorney Christian Savio, Esq., at csavio@mls-pa.com. Such email transmission shall constitute supplemental notice only and shall be without prejudice to any argument Defendants may later raise as to jurisdiction or venue.

4. Defendants Xpand Staffing, LLC and 17 Management XS Group, LLC shall be deemed SERVED upon completion of (a) the single publication described in Paragraph 1, and (b) the mailing described in Paragraph 2. Defendants' deadline to answer or otherwise respond to the Complaint shall run from the later of (i) the date of publication, or (ii) the date of mailing, as reflected in the certified-mail receipts or other acknowledgment of receipt.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this ___ day of __________ 2026.

______________________________
Judge Pedro A. Delgado-Hernandez
US District Court Judge