**Exhibit 1**

DIVISION OF CORPORATIONS

DIVISION of CORPORATIONS
an official State of Florida website



# Detail by Entity Name

Florida Limited Liability Company
XPAND STAFFING LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L10000132119 |
| **FEI/EIN Number** | 27-4481247 |
| **Date Filed** | 12/29/2010 |
| **Effective Date** | 01/01/2011 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 08/07/2017 |
| **Event Effective Date** | NONE |

**Principal Address**

8870 West Oakland Park Blvd
Suite 104
Sunrise, FL 33351

Changed: 03/02/2020

**Mailing Address**

8870 West Oakland Park Blvd
Suite 104
Sunrise, FL 33351

Changed: 03/02/2020

**Registered Agent Name & Address**

RODRIGUEZ, ROSALINA
8870 West Oakland Park Blvd
Suite 104
Sunrise, FL 33351

Name Changed: 08/07/2017

Address Changed: 03/02/2020

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

RODRIGUEZ, ROSALINA
8870 West Oakland Park Blvd
Suite 104
Sunrise, FL 33351

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2024 | 03/04/2024 |
| 2025 | 04/28/2025 |
| 2026 | 03/07/2026 |

**Document Images**

| | |
|---|---|
| 03/07/2026 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2025 -- ANNUAL REPORT | View image in PDF format |
| 03/04/2024 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2023 -- ANNUAL REPORT | View image in PDF format |
| 02/07/2022 -- ANNUAL REPORT | View image in PDF format |
| 01/21/2021 -- ANNUAL REPORT | View image in PDF format |
| 03/02/2020 -- ANNUAL REPORT | View image in PDF format |
| 03/14/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2018 -- ANNUAL REPORT | View image in PDF format |
| 08/07/2017 -- LC Amendment | View image in PDF format |
| 01/19/2017 -- ANNUAL REPORT | View image in PDF format |
| 06/06/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/12/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2014 -- ANNUAL REPORT | View image in PDF format |
| 02/26/2013 -- ANNUAL REPORT | View image in PDF format |
| 06/12/2012 -- ANNUAL REPORT | View image in PDF format |
| 08/22/2011 -- LC Name Change | View image in PDF format |
| 03/07/2011 -- ADDRESS CHANGE | View image in PDF format |
| 12/29/2010 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations