**Exhibit 2**

# VERIFIED RETURN OF NON-SERVICE

Job # 21357

**Client Info:**

QUETGLAS LAW L.L.C
PO Box 9021633
San Juan 00902

**Case Info:**

**PLAINTIFF:**
AVANTI HUMAN CAPITAL, LLC, et al
-versus-
**DEFENDANT:**
XPAND STAFFING, LLC, et al

UNITED STATES DISTRICT COURT for the District of Puerto Rico
Court Case # **26-cv-1132**

**Service Info:**

**Date Received: 3/13/2026** at **04:23 PM**
Service: I Non-Served **XPAND STAFFING, LLC**
**SUMMONS IN A CIVIL ACTION; COMPLAINT**

**At Other 8870 W OAKLAND PARK BLVD, SUITE 104 SUNRISE, FL 33351**
On **4/21/2026** at **09:10 AM**
**Manner of Service:**
[X] **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

[X] Other:

**Service was Attempted on:**

**(1) 3/16/2026** at **03:58 PM**, by **Mikhael Goldgisser** Loc: **8870 W Oakland Park Blvd, Suite 104 Sunrise, FL 33351**
Latitude: **26.167728** Longitude: **-80.269269**
**Notes:** I spoke to Lisa over the ring doorbell. The suite is locked. Lisa says that everyone works remotely and that there's no one currently at the office to open the door, they always have the door locked for safety reasons and that it's only my appointment. I asked for Rosalina/Eloy and Emily and she said that no one is available and she doesn't know an Emily that works there, she's the front desk/phone receptionist. I gave her my contact phone to have someone from the company contact me for an appointment/call back. She assured me that no one was in the office to open the door and accept documents and she didn't want to provide any schedule on when anyone will be here and she said that mostly everyone works remotely. the next-door neighbor says that someone does come in from time to time and try at 9 AM. No assigned parking.

**(2) 3/24/2026** at **08:55 AM**, by **Mikhael Goldgisser** Loc: **8870 W Oakland Park Blvd, Suite 104 Sunrise, FL 33351**
Latitude: **26.167973** Longitude: **-80.26899**
**Notes:** Arrived five minutes before 9 AM to see if I can get someone leaving or going from the business.

**(3) 3/24/2026** at **09:02 AM**, by **Mikhael Goldgisser** Loc: **8870 W Oakland Park Blvd, Suite 104 Sunrise, FL 33351**
Latitude: **26.167548** Longitude: **-80.269248**
**Notes:** Door is locked to the office, knocked but no answer. Rang ring doorbell, female answered that no one is in the office and she has no other information to provide. It sounded like the same one that I spoke to prior, and I asked her if she provided my phone number to the subjects, but she could not remember or tell me any detail.

**(4) 4/20/2026** at **10:50 AM**, by **Mikhael Goldgisser** Loc: **8870 W Oakland Park Blvd, Suite 104 Sunrise, FL 33351**
Latitude: **26.144118** Longitude: **-80.272061**
**Notes:** Door is locked to the office, knocked but no answer. Rang ring doorbell, female answered that no one is in the office to let me in or speak with. Waited 10 minutes to see if anyone going in or out but no one did.

**(5) 4/21/2026** at **09:10 AM**, by **Mikhael Goldgisser** Loc: **8870 W Oakland Park Blvd, Suite 104 Sunrise, FL 33351**
Latitude: **26.167615** Longitude: **-80.269159**
**Notes:** Door is locked, knocked on the door for 10 minutes, but no one answered. Rang the ring doorbell and no response. No one going in or out of the business, waited in parking lot.

I **Mikhael Goldgisser** ACKNOWLEDGE THAT I AM OVER THE AGE OF 18, AUTHORIZED TO SERVE PROCESS, IN GOOD STANDING IN THE JURISDICTION WHEREIN SERVICE WAS EFFECTED IN ACCORDANCE WITH STATE STATUTE, AND I HAVE NO INTEREST IN THE ABOVE ACTION. UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Job # 21357

**Mikhael Goldgisser**
Lic # **SPS# 1556/ CPS# 3102/ CPS# 10114**

**Golden Process Service**
9715 W Broward Blvd
Suite 322
Plantation, FL 33324
Phone: (954) 324-8742

Our Job # **21357**