**Ehxibit 4**

Gmail

**Eric Quetglas <quetglaslaw@gmail.com>**

## Avanti Human Capital, LLC, et al. v. Xpand Staffing, LLC, et al., Civil Action No. 26-cv-1132 (District of Puerto Rico)

7 messages

**Eric Quetglas-Jordan, Esq.** <quetglaslaw@gmail.com> Fri, May 1, 2026 at 5:17 PM
To: csavio@mls-pa.com
Bcc: Eric Quetglas <quetglaslaw@gmail.com>, Vicky Vega <vicky.vega@avantihc.com>

**QUETGLAS LAW L.L.C.**

PO Box 9021633
San Juan 00902
-------
QuetglasLaw@gmail.com
https://www.quetglaslawllc.org/

May 1, 2026

Christian Savio, Esq.
csavio@mls-pa.com
MANGANELLI, LEIDER & SAVIO, P.A.
1900 NW Corporate Blvd, Suite 200W
Boca Raton, Florida 33431
**VIA EMAIL**

**Re: *Avanti Human Capital, LLC, et al. v. Xpand Staffing, LLC, et al.*, Civil Action No. 26-cv-1132 (District of Puerto Rico)**

Dear counsel:

Please receive the attached communication in the above referenced Court action.

We look forward to receiving the executed waiver within the next ten (10) days to avoid further unnecessary litigation costs.

Sincerely,

**Eric Quetglas-Jordán**
QuetglasLaw@gmail.com
https://www.quetglaslawllc.org/
RUA - #8284
USDC-PR #202514
USCA First Circuit - #75573
(787) 548-1410

s/*Eric Quetglas Jordan*

**Eric Quetglas Jordan**

**QUETGLAS LAW L.L.C.**

PO Box 9021633

San Juan 00902

-------

QuetglasLaw@gmail.com

https://www.quetglaslawllc.org/

https://www.facebook.com/EricQuetglasJordan/

---

**8 attachments**

- **Let Req to Accept Waiver.pdf**
  130K
- **Notice of Lawsuit and Request for Waiver of Service of Summons.pdf**
  101K
- **Complaint-26-cv-1132.pdf**
  254K
- **17 Management XS Group, LLC-Issued.pdf**
  230K
- **XPAND STAFFING, LLC-issued.pdf**
  230K
- **VERIFIED_RETURN_OF_NON-SERVICE_21356.pdf**
  375K
- **Waiver Req XPAND STAFFING.pdf**
  253K
- **Waiver Req 17 MANAGEMENT XS GROUP, LLC.pdf**
  253K

---

**Christian Savio** <csavio@mls-pa.com> Fri, May 1, 2026 at 6:08 PM
To: "Eric Quetglas-Jordan Esq." <quetglaslaw@gmail.com>

Thank you for providing the information, but we are not the registered agent for the defendant nor are we able to accept service.

Thank you,

Christian Savio, Esq.
Law Offices of Manganelli, Leider & Savio, P.A.
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Main: (561) 826-1740
Fax: (561) 826-1741
Email: CSavio@mls-pa.com
Web: http://www.mls-pa.com

A portion of our practice involves the collection of debts. Pursuant to the Fair Debt Collection Practices Act, you are advised this office may be attempting to collect a debt against you and any information obtained will be used for that purpose.

On May 1, 2026, at 5:18 PM, Eric Quetglas-Jordan, Esq. <quetglaslaw@gmail.com> wrote:

[Quoted text hidden]
<Let Req to Accept Waiver.pdf>
<Notice of Lawsuit and Request for Waiver of Service of Summons.pdf>
<Complaint-26-cv-1132.pdf>
<17 Management XS Group, LLC-Issued.pdf>
<XPAND STAFFING, LLC-issued.pdf>
<VERIFIED_RETURN_OF_NON-SERVICE_21356.pdf>
<Waiver Req XPAND STAFFING.pdf>
<Waiver Req 17 MANAGEMENT XS GROUP, LLC.pdf>

---

**Eric Quetglas-Jordan, Esq.** <quetglaslaw@gmail.com> Mon, May 4, 2026 at 9:55 AM
To: Christian Savio <csavio@mls-pa.com>
Bcc: Eric Quetglas <quetglaslaw@gmail.com>, Vicky Vega <vicky.vega@avantihc.com>

**QUETGLAS LAW L.L.C.**
PO Box 9021633
San Juan 00902
-------
QuetglasLaw@gmail.com
https://www.quetglaslawllc.org/

May 4, 2026

Christian Savio, Esq.
csavio@mls-pa.com
MANGANELLI, LEIDER & SAVIO, P.A.
1900 NW Corporate Blvd, Suite 200W
Boca Raton, Florida 33431
**VIA EMAIL**

**Re: *Avanti Human Capital, LLC, et al. v. Xpand Staffing, LLC, et al.*, Civil Action No. 26-cv-1132 (District of Puerto Rico)**

Dear counsel:

On January 20, 2026, you wrote to me advising that: your "firm represents Xpand Staffing LLC ("Xpand") with regard to the above-referenced matter" "[a]ll correspondence should be directed to this office."

On May 1st 2026, I wrote to you and your Office to request that both Defendants receive through you, to sign and return via email the Waivers of Service enclosed therein. You were advised that if you decline or fail to return the signed waiver without good cause, Plaintiffs will move the Court for authorization to effect service by publication and will seek the costs of formal service and reasonable attorneys' fees incurred in connection with any motion to collect those costs, pursuant to Fed. R. Civ. P. 4(d)(2). We would prefer to avoid that step and the unnecessary expense it would impose on all parties.

That same day you responded that you are not the registered agent for the defendant nor were unable to accept service. Your refusal to accept service shows bad faith inasmuch that you expressly informed me that you represent the Defendants in the referenced matter.

Once again, I ask that you Please have your clients sign and return the signed waiver by email to QuetglasLaw@gmail.com within ten (10) days. If you have any questions or believe good cause exists for not executing the waiver, advise us promptly so we may attempt to resolve the matter without motion practice.

Sincerely,

**Eric Quetglas-Jordán**
QuetglasLaw@gmail.com
https://www.quetglaslawllc.org/
RUA - #8284
USDC-PR #202514
USCA First Circuit - #75573
(787) 548-1410

s/*Eric Quetglas Jordan*

**Eric Quetglas Jordan**

**QUETGLAS LAW L.L.C.**

PO Box 9021633

San Juan 00902

-------

QuetglasLaw@gmail.com

https://www.quetglaslawllc.org/

https://www.facebook.com/EricQuetglasJordan/

[Quoted text hidden]

---

**Christian Savio** <csavio@mls-pa.com> Mon, May 4, 2026 at 4:39 PM
To: "Eric Quetglas-Jordan, Esq." <quetglaslaw@gmail.com>

Mr. Quetglas-Jordan - there is no bad faith. That was related to a pre-suit settlement discussion - we are not licensed in Puerto Rico, so we are not representing them for this matter. We are not their registered agent, nor are we authorized to accept service on their behalf. Again -even if we were authorized, which we are not, we cannot as we are not admitted in the District Court of

Puerto Rico.

Thank you,

Christian Savio, Esq.
Law Offices of Manganelli, Leider & Savio, P.A.
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Main: (561) 826-1740
Fax: (561) 826-1741
Email: CSavio@mls-pa.com
Web: http://www.mls-pa.com

Book time with Christian Savio

MANGANELLI, LEIDER & SAVIO, P.A.

A portion of our practice involves the collection of debts. Pursuant to the Fair Debt Collection Practices Act, you are advised this office may be attempting to collect a debt against you and any information obtained will be used for that purpose.

CONSUMER OPT-OUT: Please note that you may opt out of receiving further email communications to this email address by replying to this email with the word "stop" in the subject line. While the firm will comply with your request to opt out of receiving further electronic communication to this email address, please be advised that the firm may still be required by applicable law or court rule to provide you with certain notices or pleadings.

---

**From:** Eric Quetglas-Jordan, Esq. <quetglaslaw@gmail.com>
**Sent:** Monday, May 4, 2026 9:55 AM
**To:** Christian Savio <csavio@mls-pa.com>
**Subject:** Re: Avanti Human Capital, LLC, et al. v. Xpand Staffing, LLC, et al., Civil Action No. 26-cv-1132 (District of Puerto Rico)

[Quoted text hidden]

---

**Eric Quetglas-Jordan, Esq.** <quetglaslaw@gmail.com> Mon, May 4, 2026 at 5:09 PM
To: Christian Savio <csavio@mls-pa.com>
Bcc: Eric Quetglas <quetglaslaw@gmail.com>

Dear counsel,
You do not have to be admitted in PR to either accept service, or advise your clients to do so. Be advised that the negative service efforts were made at the address of Defendants' corporate resident agent and that their conduct may consist of their willfully avoiding being served. If your clients refuse waiver, we will proceed to inform the Court accordingly, request service by publication on the loca newspapers and request the Court to award costs and attorney's fees for the efforts performed to effectuate the service by publication,
Best regards

*s/Eric Quetglas Jordan*

**Eric Quetglas Jordan**

**QUETGLAS LAW L.L.C.**

PO Box 9021633

San Juan 00902

-------

QuetglasLaw@gmail.com

https://www.quetglaslawllc.org/

https://www.facebook.com/EricQuetglasJordan/

[Quoted text hidden]

---

**Christian Savio** <csavio@mls-pa.com> Mon, May 4, 2026 at 5:46 PM
To: "Eric Quetglas-Jordan, Esq." <quetglaslaw@gmail.com>

Counsel,

We are not authorized to accept service on behalf of our client, and accordingly, we will not be doing so.

Please proceed with service as you deem appropriate.

I believe we have both spent sufficient time on this issue, and I trust we can move forward efficiently from here.

Thanks,

Christian Savio, Esq.
Law Offices of Manganelli, Leider & Savio, P.A.
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Main: (561) 826-1740
Fax: (561) 826-1741
Email: CSavio@mls-pa.com
Web: http://www.mls-pa.com

Book time with Christian Savio

MLS MANGANELLI, LEIDER & SAVIO, P.A.

A portion of our practice involves the collection of debts. Pursuant to the Fair Debt Collection Practices Act, you are advised this office may be attempting to collect a debt against you and any information obtained will be used for that purpose.

CONSUMER OPT-OUT: Please note that you may opt out of receiving further email communications to this email address by replying to this email with the word "stop" in the subject line. While the firm will comply with your request to opt out of receiving further electronic communication

to this email address, please be advised that the firm may still be required by applicable law or court rule to provide you with certain notices or pleadings.

---

**From:** Eric Quetglas-Jordan, Esq. <quetglaslaw@gmail.com>
**Sent:** Monday, May 4, 2026 5:09 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Eric Quetglas-Jordan, Esq.** <quetglaslaw@gmail.com> Mon, May 4, 2026 at 5:53 PM
To: Christian Savio <csavio@mls-pa.com>

Will do, thank you.

s/*Eric Quetglas Jordan*

**Eric Quetglas Jordan**

**QUETGLAS LAW L.L.C.**

PO Box 9021633

San Juan 00902

-------

QuetglasLaw@gmail.com

https://www.quetglaslawllc.org/

https://www.facebook.com/EricQuetglasJordan/

[Quoted text hidden]