**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| AVANTI HUMAN CAPITAL, LLC, PAVIC MANAGEMENT LLC and VICKY VEGA,<br><br>Plaintiffs<br>v.<br><br>*XPAND STAFFING, LLC and 17 MANAGEMENT XS GROUP, LLC*<br><br>Defendants | CIVIL NO. 26-cv-1132<br><br>PLAINTIFFS DEMAND TRIAL BY JURY<br><br>JURY DEMANDED |

**NOTICE OF A LAWSUIT AND REQUEST**
**TO WAIVE SERVICE OF SUMMONS**

**To: XPAND STAFFING, LLC; and 17 MANAGEMENT XS GROUP, LLC**

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint.

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

**WE HEREBY CERTIFY** that this request is being sent to you on May 1st, 2026.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

AVANTI HUMAN CAPITAL, LLC, et al

*Plaintiff(s)*

v.

XPAND STAFFING, LLC, et al

*Defendant(s)*

Civil Action No. 26-cv-1132

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* XPAND STAFFING, LLC
8870 W Oakland Park Blvd
Sunrise, FL 33351
1 866-342-1161

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric Quetglas-Jordán, QuetglasLaw@gmail.com
https://www.quetglaslawllc.org/
RUA - #8284; USDC-PR #202514
(787) 548-1410
QUETGLAS LAW L.L.C.
PO Box 9021633

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Ada I. García Rivera, Esq., CPA*
*CLERK OF COURT*

Date: 3/9/2026

Digitally signed by Rebeca N Isaac-Matos
Date: 2026.03.09 13:12:28 -04'00'

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-cv-01132-PAD

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________ .

’ I personally served the summons on the individual at *(place)* ______________________________

______________________________ on *(date)* ______________ ; or

’ I left the summons at the individual’s residence or usual place of abode with *(name)* ______________

______________________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual’s last known address; or

’ I served the summons on *(name of individual)* ______________________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ______________ ; or

’ I returned the summons unexecuted because ______________________________ ; or

’ Other *(specify)*:

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server’s signature*

______________________________
*Printed name and title*

______________________________
*Server’s address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| AVANTI HUMAN CAPITAL, LLC, et al<br>*Plaintiff(s)*<br>v.<br>XPAND STAFFING, LLC, et al<br>*Defendant(s)* | ) | Civil Action No. 26-cv-1132 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 17 Management XS Group, LLC
8870 W Oakland Park Blvd
Sunrise, FL 33351
1 866-342-1161

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric Quetglas-Jordán, QuetglasLaw@gmail.com
https://www.quetglaslawllc.org/
RUA - #8284; USDC-PR #202514
(787) 548-1410
QUETGLAS LAW L.L.C.
PO Box 9021633

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Ada I. García Rivera, Esq., CPA*
*CLERK OF COURT*

Date: 3/9/2026

Digitally signed by Rebeca N Isaac-Matos
Date: 2026.03.09 13:11:38 -04'00'

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-cv-01132-PAD

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ______________ .

’ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ______________ ; or

’ I left the summons at the individual’s residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual’s last known address; or

’ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
____________________ on *(date)* ______________ ; or

’ I returned the summons unexecuted because ____________________ ; or

’ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

____________________
*Server’s signature*

____________________
*Printed name and title*

____________________
*Server’s address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

Avanti Human Capital, LLC, et al.
*Plaintiff*
v.
. Xpand Staffing, LLC, et al.
*Defendant*

Civil Action No. 26-cv-1132

## WAIVER OF THE SERVICE OF SUMMONS

To: ERIC M. QUETGLAS JORDAN
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 05/01/2026, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 05/01/2026

*Signature of the attorney or unrepresented party*

17 MANAGEMENT XS GROUP, LLC
*Printed name of party waiving service of summons*

*Printed name*

*Address*

*E-mail address*

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Print Save As... Reset

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| Avanti Human Capital, LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 26-cv-1132 |
| . Xpand Staffing, LLC, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: ERIC M. QUETGLAS JORDAN
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 05/01/2026, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 05/01/2026

_______________________________
*Signature of the attorney or unrepresented party*

17 MANAGEMENT XS GROUP, LLC
*Printed name of party waiving service of summons*

_______________________________
*Printed name*

_______________________________
*Address*

_______________________________
*E-mail address*

_______________________________
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Print Save As... Reset