**Exhibit 6**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

AVANTI HUMAN CAPITAL, LLC, PAVIC MANAGEMENT LLC and VICKY VEGA,

Plaintiffs

v.

XPAND STAFFING, LLC and 17 MANAGEMENT XS GROUP, LLC,

Defendants

CIVIL NO. 26-cv-1132

PLAINTIFFS DEMAND TRIAL BY JURY JURY

**VERIFIED DECLARATION**

I, Eric Quetglas-Jordan, attorney at law, of legal age, and resident of San Juan, Puerto Rico, solemnly declare as follows,

1. My above personal circumstances are true and correct.

2. I have carefully read and reviewed read the accompanying "PLAINTIFFS' MOTION FOR ORDER AUTHORIZING SERVICE OF PROCESS BY PUBLICATION PURSUANT TO FED. R. CIV. P. 4 AND P.R. RULE 4.6" ("Motion").

3. According to my best understanding, recollection and belief all the factual averments stated in the Motion that are true and correct.

**Verified Declaration**

I, Eric Quetglas-Jordan, state under penalty of perjury that, according to my best recollection, knowledge, understanding and belief, the factual statements made in the preceding declaration are true and correct and personally known to me.

**Eric Quetglas-Jordán**

Executed in San Juan, Puerto Rico, on this 11th day of May, 2026.