**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| AVANTI HUMAN CAPITAL, LLC, PAVIC MANAGEMENT LLC and VICKY VEGA,<br><br>Plaintiffs<br><br>v.<br><br>XPAND STAFFING, LLC and 17 MANAGEMENT XS GROUP, LLC,<br><br>Defendants | CIVIL NO. 26-cv-1132 (PAD)<br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

**PLAINTIFFS' RENEWED MOTION FOR ORDER AUTHORIZING SERVICE OF PROCESS BY PUBLICATION PURSUANT TO FED. R. CIV. P. 4 AND P.R. RULE 4.6**

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiffs Avanti Human Capital, LLC, Pavic Management LLC, and Vicky Vega, through the undersigned counsel, and respectfully move for an order authorizing service of process upon Defendants Xpand Staffing, LLC ("Xpand") and 17 Management XS Group, LLC ("17 Management") by publication, pursuant to Fed. R. Civ. P. 4 and Puerto Rico Rule of Civil Procedure 4.6. In support thereof, Plaintiffs state as follows:

On May 15, 2026, Plaintiffs filed a Motion for Order Authorizing Service of Process by Publication Pursuant to Fed. R. Civ. P. 4 and P.R. Rule 4.6. ECF 1. There, pursuant to Fed. R. Civ. P. 4(e)(1), 4(h)(1)(A), and Puerto Rico Rule of Civil Procedure 4.6, Plaintiffs requested that the Court enter an order:

1) Authorizing Plaintiffs to serve Defendants Xpand Staffing, LLC and 17 Management XS Group, LLC by edict/notice of summons, to be published once in a newspaper of general circulation in Puerto Rico (such as El Nuevo Día or Primera Hora), in both English and Spanish, substantially complying with the content requirements of Rule 4.6(b) the Proposed Bilingual Edict is attached as **Appendix 1**;
2) Directing that, within ten (10) days of such publication, Plaintiffs send by certified mail with return receipt requested, or other mail service with acknowledgment of receipt,

copies of the summons and Complaint to Defendants at their last known physical and postal address:

Xpand Staffing, LLC
17 Management XS Group, LLC
8870 W. Oakland Park Blvd., Suite 104
Sunrise, FL 33351

3) Authorizing, as an additional notice measure, that Plaintiffs email copies of the summons, Complaint, and the Court's order to Attorney Christian Savio, Esq., at csavio@mls-pa.com, and that such transmission shall constitute supplemental notice, without prejudice to any argument Defendants may later raise as to jurisdiction or venue; and
4) Deeming Defendants served upon completion of publication and mailing as set forth above, with Defendants' time to answer or otherwise respond to the Complaint running from the later of (i) the date of publication or (ii) the date of mailing evidenced by the certified-mail receipts.

A Proposed Order was attached as **Appendix 2**.

**WHEREFORE**, pursuant to Fed. R. Civ. P. 1 and 4, Plaintiffs respectfully request that the Court GRANT this Motion, enter an order authorizing service of process upon Defendants Xpand Staffing, LLC and 17 Management XS Group, LLC by publication/edict and mail in accordance with Puerto Rico Rule of Civil Procedure 4.6, as set forth above, and grant such other and further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 12th day of June 2026.

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and that a copy will also be sent via email to Attorney Christian Savio, Esq., at csavio@mls-pa.com.

*/s/Eric Quetglas Jordán*
Eric Quetglas-Jordán
QuetglasLaw@gmail.com
USDC-PR #202514
USCA First Circuit - #75573
(787) 548-1410

**QUETGLAS LAW L.L.C.**
PO Box 9021633
San Juan 00902

-------
QuetglasLaw@gmail.com
https://www.quetglaslawllc.org/